**TIFFANY & BOSCO**
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

THIS ORDER IS APPROVED.

Dated: June 10, 2010



_____
**JAMES M. MARLAR**
Chief Bankruptcy Judge
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-12177

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Joe Krouse aka Joseph G. Krouse and Louise Krouse aka Sidonia L. Krouse<br>    Debtors.<br><br>Wells Fargo Bank, N.A.<br>    Movant,<br>      vs.<br><br>Joe Krouse aka Joseph G. Krouse and Louise Krouse aka Sidonia L. Krouse, Debtors, Gayle E. Mills, Trustee.<br><br>    Respondents. | No. 4:10-bk-13077-JMM<br><br>Chapter<br><br>ORDER<br><br>(Related to Docket #10) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated June 24, 2004 and recorded in the office of the Pinal County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Joe Krouse aka Joseph G. Krouse and Louise Krouse aka Sidonia L. Krouse have an interest in, further described as:

> LOT 12, BLOCK 2, OF AMENDED PLAT OF ORIGINAL TOWNSITE OF SAN MANUEL ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, IN BOOK 7 OF MAPS, PAGE 21 THROUGH 21E AND RE-PLATED IN CABINET B, SLIDE 6, RECORD OF PINAL COUNTY, ARIZONA.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.